# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ELISEO-THL MOTORSPORTS, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY, | : No. 504 WAL 2014 |
| | : |
| Respondent | : Petition for Allowance of Appeal from the : Order of the Superior Court |
| v. | : |
| ELISEO SALAZAR, INDIVIDUALLY AND T/D/B/A ELISEO SALAZAR RACING, INC., SALAZAR RACING, INC., AND SALAZAR RACING; KARI MARCINIAK, AN INDIVIDUAL; ELISEO SALAZAR RACING, INC., A FLORIDA CORPORATION, INDIVIDUALLY AND T/D/B/A SALAZAR RACING, INC., AND SALAZAR RACING; ELISEO SALAZAR RACING, INC., A PENNSYLVANIA CORPORATION, INDIVIDUALLY AND T/D/B/A SALAZAR RACING, INC., AND SALAZAR RACING, AND SALAZAR RACING, INC., A PENNSYLVANIA CORPORATION; AND SALAZAR RACING, AN UNREGISTERED FICTITIOUS NAME, | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.